UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zev Newmark, | |
| Yocheved Newmark | |
| Plaintiff(s), | C.A. No: 3:20-cv-10241-MAS-DEA |
| -v.- | |
| American Express Company | |
| Defendant(s). | |

**ORDER GRANTING REINSTATEMENT
OF THE CASE TO THE ACTIVE DOCKET**

THE COURT having reviewed the Motion for Reinstatement and being fully advised in the premises, DOES HEREBY ORDER that this case is reinstated to the Court's active docket.

BY THE COURT:

_4/20/21_                                    _Mashipp_
DATE                                         HON.MICHAEL A. SHIPP
                                             UNITED STATES DISTRICT JUDGE

3433386v1