UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV NEWMARK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY, <br><br> Defendant. | Civil Action No. 20-10241 (ZNQ) (DEA) <br><br> **ORDER** |

**QURAISHI, District Judge**

     **THIS MATTER** comes before the Court upon a Motion to Enforce Settlement Agreement filed by Plaintiffs (the "Motion", ECF No. 31) and an Appeal of Magistrate Judge Decision filed by Defendant (the "Appeal", ECF No. 30). For the reasons set forth in the accompanying Opinion,

     **IT IS** on this **30th** day of **November 2022,**

     **ORDERED** that Plaintiffs' Motion (ECF No. 31) is hereby **GRANTED**; and it is further

     **ORDERED** that within sixty (60) days Defendant waive Plaintiffs' debt with respect to the five identified AMEX accounts (ending in 1001, 1003, 1009, 2009, and 3002) and remove the tradelines from the accounts, as set forth in the emails dated 11/17/2020 through and including February 25, 2021, at 4:52 PM as Exhibit B to the Motion; and it is further

     **ORDERED** that within sixty (60) days Plaintiffs execute a general release and dismiss their claims against Defendant; and it is further

     **ORDERED** that within sixty (60) days the parties reduce any Settlement Agreement to a writing and execute it; and it is further

     **ORDERED** that Defendant's Appeal (ECF No. 30) is hereby **DENIED**.

                                                    s/ Zahid N. Quraishi
                                                    **ZAHID N. QURAISHI**
                                                    **UNITED STATES DISTRICT JUDGE**